# EXHIBIT A



# APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
8733 W Tuckey Ln
WEST PLAZA 31 & 32 AMD MCR 313-22 LOT 388
GLENDALE, AZ 85305-2023

**FOR:**
Joseph W. Charles, P.C. and/or Assigns
5704 W Palmaire Ave
Glendale, AZ 85301

**AS OF:**
10/06/2009

**BY:**
KATHLEEN PACELLO

APPRAISAL SERVICES (602) 561-4054

Form GA2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# INVOICE

**FROM:**

BOSS APPRAISAL AND CONSULTANTS
4960 S GILBERT ROAD SUITE 1-502
CHANDLER, AZ 85249

Telephone Number: 602-561-4054　　Fax Number: 480-323-2990

**TO:**

Joseph W. Charles, P.C. and/or Assigns
5704 W Palmaire Ave
Glendale, AZ 85301

Telephone Number: (623) 939-6546　　Fax Number: (623) 939-6718
Alternate Number:　　E-Mail: attyjcharles@joecharles.com

**INVOICE NUMBER:** FARMER-8733
**DATE:** 10/06/2009

**REFERENCE**
Internal Order #:
Lender Case #:
Client File #:
Main File # on form: FARMER-8733
Other File # on form:
Federal Tax ID:
Employer ID:

## DESCRIPTION

Lender: Joseph W. Charles, P.C. and/or Assigns　　Client: Joseph W. Charles, P.C. and/or Assigns
Purchaser/Borrower: N/A
Property Address: 8733 W Tuckey Ln
City: GLENDALE
County: MARICOPA　　State: AZ　　Zip: 85305-2023
Legal Description: WEST PLAZA 31 & 32 AMD MCR 313-22 LOT 388

## FEES

| Description | Amount |
|---|---|
| APPRAISAL | 200.00 |
| **SUBTOTAL** | **200.00** |

## PAYMENTS

| | | | Amount |
|---|---|---|---|
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | |

DUE UPON RECEIPT　　**TOTAL DUE** $ 200.00

Joseph W. Charles, P.C. and/or Assigns
5704 W Palmaire Ave
Glendale, AZ 85301

Re: Property: 8733 W Tuckey Ln
 GLENDALE, AZ 85305-2023
 Borrower: N/A
 File No.:

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

KATHLEEN PACELLO
RESIDENTIAL APPRAISER
BOSS APPRAISAL

## SUMMARY OF SALIENT FEATURES

### SUBJECT INFORMATION

| | |
|---|---|
| Subject Address | 8733 W Tuckey Ln |
| Legal Description | WEST PLAZA 31 & 32 AMD MCR 313-22 LOT 388 |
| City | GLENDALE |
| County | MARICOPA |
| State | AZ |
| Zip Code | 85305-2023 |
| Census Tract | 0927.10 |
| Map Reference | 2N 1E 10 |

### SALES PRICE

| | |
|---|---|
| Sale Price | $ N/A |
| Date of Sale | N/A |

### CLIENT

| | |
|---|---|
| Borrower/Client | N/A |
| Lender | Joseph W. Charles, P.C. and/or Assigns |

### DESCRIPTION OF IMPROVEMENTS

| | |
|---|---|
| Size (Square Feet) | 2,088 |
| Price per Square Foot | $ |
| Location | SUBURBAN |
| Age | 19 YEARS |
| Condition | AVERAGE |
| Total Rooms | 7 |
| Bedrooms | 3 |
| Baths | 2 |

### APPRAISER

| | |
|---|---|
| Appraiser | KATHLEEN PACELLO |
| Date of Appraised Value | 10/06/2009 |

### VALUE

| | |
|---|---|
| Final Estimate of Value | $ 95,000 |

# DESKTOP VALUATION
# SUMMARY APPRAISAL REPORT

File # FARMER-8733
Loan # N/A

## IDENTIFICATION & MARKET AREA

| | |
|---|---|
| Lender/Client Name: | Joseph W. Charles, P.C. and/or Assigns |
| Lender/Client Contact: | N/A |
| Lender/Client Address: | 5704 W Palmaire Ave, Glendale, AZ 85301 |
| Borrower/Applicant: | N/A |
| Current Owner: | FARMER, TIMOTHY D. & INGRID R. |
| Subject Property Address: | 8733 W Tuckey Ln |
| City: | GLENDALE |
| State: | AZ |
| ZIP: | 85305-2023 |
| Census Tract: | 0927.10 |
| Map Ref.: | 2N 1E 10 |
| County: | MARICOPA |
| Legal Description: | WEST PLAZA 31 & 32 AMD MCR 313-22 LOT 388 |
| Property Type: | ☒ SFR ☐ PUD ☐ Condo ☐ Coop ☐ Multifamily ☐ Other: |
| Interest Appraised: | ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe) |

**Market Value Trend:** ☐ Increasing ☐ Stable ☒ Declining

Market Area Name: WEST PLAZA 31
Typical Market Price Range: $ 91,000 to $ 199,900 Predominant: $ 132,450
Typical Market Age Range: 6 yrs. to 22 yrs. Predominant: 15 yrs.

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 8733 W Tuckey Ln, GLENDALE, AZ 85305-2023 | 8787 W OCOTILLO ROAD, GLENDALE | 6175 N 87TH LANE, GLENDALE | 6193 N 87TH LANE, GLENDALE |
| Proximity to Subject | | 0.14 miles W | 0.39 miles S | 0.36 miles S |
| Sales Price | $ N/A | $ 91,000 | $ 99,900 | $ 108,000 |
| Price/Gross Living Area | $ /Sq. Ft. | $ 43.58 /Sq. Ft. | $ 53.48 /Sq. Ft. | $ 57.69 /Sq. Ft. |
| Date of Sale | N/A | 06/12/2009 CLOSE OF ESCROW | 09/22/2009 CLOSE OF ESCROW | 06/30/2009 CLOSE OF ESCROW |
| Location | SUBURBAN | SUBURBAN | SUBURBAN | SUBURBAN |
| Site Size | 6,495 +/- SF | 7,362 +/- SF | 10,054 +/- SF | 8,803 +/- SF |
| Site View | LOCAL | LOCAL | LOCAL | LOCAL |
| Design (Style) | TRACT | TRACT | TRACT | TRACT |
| Age (yrs.) | 19 YEARS | 15 YEARS | 17 YEARS | 17 YEARS |
| Condition | AVERAGE | AVERAGE | AVERAGE | AVERAGE |
| Above Grade Room Count (Total Rooms / Bedrooms / Bath(s)) | 7 / 3 / 2 | 8 / 4 / 2 | 6 / 3 / 2 | 6 / 3 / 2 |
| Gross Living Area | 2,088 Sq. Ft. | 2,088 Sq. Ft. | 1,868 Sq. Ft. | 1,872 Sq. Ft. |
| Basement | NONE | NONE | NONE | NONE |
| Heating/Cooling | FAU / CAC | FAU / CAC | FAU / CAC | FAU / CAC |
| Garage/Carport | 2 CAR GARAGE | 2 CAR GARAGE | 2 CAR GARAGE | 2 CAR GARAGE |
| Porch, Patio, Deck, etc. | PORCH / PATIO | PORCH / PATIO | PORCH / PATIO | PORCH / PATIO / POOL |
| Amenities/Upgrades | AVERAGE / AVERAGE | AVERAGE / AVERAGE | AVERAGE / AVERAGE | AVERAGE / AVERAGE |
| DOCUMENT # | N/A | 09-0535470 / IMAPP | 09-0878984 / IMAPP | 09-0598799 / IMAPP |
| Overall Comparison to Subject Property | | ☐ Superior ☒ Similar ☐ Inferior | ☐ Superior ☒ Similar ☐ Inferior | ☒ Superior ☐ Similar ☐ Inferior |

## RELATIVE COMPARISON ANALYSIS

COMPARABLE SALES 1 WAS GIVEN MOST WEIGHT AS IT IS MOST SIMILAR, OVERALL, TO THE SUBJECT PROPERTY. COMPARABLE 2 IS SIMILAR AND A RECENT SALE AND THEREFORE WAS GIVEN HEAVY CONSIDERATION. COMPARABLE 3 REFLECTS THE HIGHER END OF THE MARKET RANGE AND IS CONSIDERED SUPERIOR TO THE SUBJECT DUE TO A INGROUND POOL. COMPARABLE 3 WAS GIVEN LEAST CONSIDERATION.

The appraiser has researched the sales and listing history of the subject property for the past three years:

☒ The subject has not transferred ownership or been listed for sale during this period.
☐ The subject was ☐ sold ☐ listed for $ _____ on (date) _____
☐ sold ☐ listed for $ _____ on (date) _____

Comments: RESEARCH UTILIZING LOCAL PUBLIC RECORDS, AS WELL AS PRIVATE SOURCES REVEALED THAT THE SUBJECT PROPERTY IS CURRENTLY NOT IN A PURCHASE AGREEMENT, OR OFFERED FOR SALE ON THE OPEN MARKET. THE DATA ANALYZED REVEALED THAT THE SUBJECT HAS NOT TRANSFERRED OWNERSHIP WITHIN THE 3 YEARS PRIOR TO THE EFFECTIVE DATE OF THIS APPRAISAL REPORT.

**Opinion of Market Value is $ 95,000, as of 10/06/2009, which is the effective date of this report.**

## CERTIFICATIONS AND LIMITING CONDITIONS

**The undersigned appraiser has performed a desktop valuation of the subject property. Note: a exterior inspection of the subject property was performed.**

PURPOSE OF APPRAISAL: The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report based upon a qualitative sales comparison analysis for use for bankruptcy proceedings.

INTENDED USE: This appraisal is intended for use only by the client (Joseph W. Charles, P.C. and/or Assigns). The purpose of this appraisal is analyze market value for bankruptcy proceedings.

INTENDED USER(S): The intended user(s) of this appraisal report is the Lender/Client named herein (Joseph W. Charles, P.C. and/or Assigns), or its successors and assigns.

HIGHEST AND BEST USE: The Highest and Best Use of the subject property is assumed to be its present use; that is, one-four (1-4) family residential use.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and acting in what they consider their own best interests; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concession granted by anyone associated with the sale.

## CERTIFICATIONS AND LIMITING CONDITIONS

**SCOPE OF WORK:** The scope of this appraisal consists of identifying the characteristics of the subject property that are relevant to the purpose and intended use of the appraisal. This may be accomplished by reviewing public record data, prior appraisal or other documentation from a disinterested source and which is considered reliable from the appraiser's perspective. Unless otherwise noted in the appraisal, no interior or exterior inspection of the subject property has been made. In developing this appraisal, the appraiser has incorporated only the Sales Comparison approach. The appraiser has excluded the Cost and Income approaches as not being relevant, given the agreed upon Scope of Work. The appraiser has determined that this appraisal process is not so limited that the results of the assignment are no longer credible, and the client agrees that the limited service is appropriate given the intended use. The data sources for the comparable sales may include public record data services, multiple listing services, automated valuation models and/or other data sources that become available. The confirmation of comparable sale data, i.e. closed sale documentation and property characteristics, is via public data sources only. The appraiser has not viewed the sales in the field. The data is collected, verified and analyzed, in accordance with the scope of work identified and the intended use of the appraisal. The appraiser acknowledges that an estimate of a reasonable time for the exposure in the open market is a condition in the definition of market value. The subject's marketing time is assumed to be typical for the subject's market area unless otherwise stated. In the absence of an inspection, the appraiser has made some basic assumptions, including the following:

1. The subject property is assumed to be in average overall condition and generally conforms to the neighborhood in terms of style, condition and construction materials.
2. There are no adverse environmental conditions (hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.
3. There are no significant discrepancies between the public record information or other data sources and the existing site or improvements.

**ANALYSIS OF ANY CURRENT AGREEMENT OF SALE, PRIOR SALE WITHIN THREE YEARS AND RECONCILIATION:** Unless otherwise noted, the appraiser has no knowledge of any current agreement of sale nor any current or past listing agreement. Prior sales of the subject property within three years of the effective date of this appraisal have been researched and reported, if available from public record sources. The appraiser has reconciled the quality and quantity of data available into an Opinion of Market Value, in accordance with the intended use and scope of work.

**STATEMENT OF CONTINGENT AND LIMITING CONDITIONS:** The Appraiser's Certification that appears in this report is subject to the following conditions:
1. The appraiser will not be responsible for matters of a legal nature that affect the subject property.
2. The appraiser assumes the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.
3. The appraiser will not give testimony or appear in court because he or she performed this appraisal unless specific arrangements to do so have been made beforehand.
4. Except as noted herein, the appraiser has made an exterior inspection of the subject property. The appraiser assumes that there are no adverse conditions associated with the improvements or the subject site. Unless otherwise stated in this report, the appraiser has no knowledge of any hidden or apparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) present in the improvements, on the site or in the immediate vicinity that would make property more or less valuable, and has assumed that there are no such conditions. The appraiser makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser assumes that the improvements are in average condition. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report may not be considered an environmental assessment of the property.
5. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers reliable and has no reason to believe them to be other than true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.
6. The appraiser will not disclose the content of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

**APPRAISER'S CERTIFICATION:** The appraiser certifies, to the best of my knowledge and belief:
1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions and conclusions.
3. I have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.
4. I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
5. My engagement in this assignment was not contingent upon the development or reporting of predetermined results.
6. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
7. My analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
8. I have made a persona exterior observation only of the property that is the subject of this report, I did not make inspections of the comparable sales.

| ADDRESS OF PROPERTY APPRAISED: | LENDER/CLIENT: |
|---|---|
| 8733 W Tuckey Ln | Contact: N/A |
| GLENDALE, AZ 85305-2023 | Company Name: Joseph W. Charles, P.C. and/or Assigns |
| OPINION OF VALUE OF THE SUBJECT PROPERTY: $ 95,000 | Company Address: 5704 W Palmaire Ave |
| EFFECTIVE DATE OF APPRAISAL: 10/06/2009 | Glendale, AZ 85301 |

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: *[signature]* | Signature: |
| Name: KATHLEEN PACELLO | Name: |
| Company Name: BOSS APPRAISAL AND CONSULTANTS | Company Name: |
| Company Address: 4960 S GILBERT ROAD SUITE 1-502 | Company Address: |
| CHANDLER, AZ 85249 | |
| Date of Report/Signature: 10/08/2009 | Date of Report/Signature: |
| License or Certification #: 11514 | License or Certification #: |
| Designation: LICENSED RESIDENTIAL APPRAISER   ST: AZ | Designation:   ST: |
| Expiration Date of Certification or License: 5/31/2010 | Expiration Date of Certification or License: |

# Supplemental Addendum

File No. FARMER-8733

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 8733 W Tuckey Ln | | | | |
| City | GLENDALE | County | MARICOPA | State AZ | Zip Code 85305-2023 |
| Lender | Joseph W. Charles, P.C. and/or Assigns | | | | |

### PURPOSE:

The purpose of this Appraisal Report is to provide a "Opinion of market Value" of the Fee Simple interest of the subject property as of the effective date of the Appraisal. "Opinion of Market Value" is as defined in the attached Certification and Statement of Limiting Conditions.

### MARKET VALUE:

Market Value is defined as the most probable price the subject would obtained if fairly marketed in terms of U.S Dollars or financial arrangements equivalent to cash.

Whenever the term Market Value appears, it will be deemed to be "Opinion of Value" as defined above.

### SELF CONTAINMENT:

This appraisal is intended to be a self-contained document containing all information necessary to enable the reader to understand the appraiser's opinion.

### PERSONAL PROPERTY:

"Personal Property" is identified as: identifiable, portable and tangible objects which are considered by the general public as being personal. No personal property has been included in this appraisal. The valuation of "Personal Property" is a separate discipline from the valuation of the subject property. If our client , or any interested third party which is to have personal property valued, they are advised to consult with a expert in that field. Only attached fixtures, equipment and special realty items defined herein have been considered.

### MARKET TIMING:
Based on trend analysis, local multiple listing statistical data and neighborhood information, it is the appraiser's opinion that the subject property should sell for the estimated market value as described on the front page with appropriate marketing techniques. Appropriate marketing techniques include proper exposure with an asking price at approximately market value. Many factors such as economic conditions, property condition, proper market exposure, asking price, purchaser's access for viewing, etc., can rapidly and drastically change marketing time for the subject property.

### SALES HISTORY:
Any current listing or pending sale of the subject property has been analyzed in accordance with professional standards. The transaction appears to be within the current normal market parameters and conditions that are noted in the report.

### PROHIBITED INFLUENCES:
This appraisal is not based on a request for minimum valuation, a specific valuation, approval of a loan or a given value range. No future employment prospects were dependent upon this appraisal producing a specific value.

### COMPARABLE SALES USED:
Sales used in the comparison analysis are confirmed closed transactions. No deductions, discounts, and/or concessions affecting value were noted unless otherwise indicated.
### EFFECTIVE DATE/DATE OF REPORT:
This appraisal has been completed to determine current Market Value, therefore, the Effective Date and the Date of Report are the same.

### CONFIDENTIALITY:
In accordance with USPAP, the appraiser agrees that she will reveal analysis and value conclusions and opinions to no one other than the client, except with the permission of the client, or by due process of law. The fee for this report does not include communication regarding the report with any party except the client

### HIGHEST & BEST USE:
The current use of the subject property is considered to be the highest and best use. The subject property conforms to typical usage of similar surrounding properties. No other use would be economically feasible at this time.

### ASSUMPTIONS:

## Supplemental Addendum

File No. FARMER-8733

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 8733 W Tuckey Ln | | | | |
| City | GLENDALE | County | MARICOPA | State AZ | Zip Code 85305-2023 |
| Lender | Joseph W. Charles, P.C. and/or Assigns | | | | |

*I am not a licensed building contractor or professional building inspector. I am not qualified to survey or analyze physical items that are not readily visible to survey or analyze physical items that are not readily visible.* If any of the parties in this transaction have questions or concerns regarding any mechanical or structural physical problems, condition, infestation, contamination or other issues regarding the subject property, an expert in that field of speciality should be consulted. If issues are found to exist, this appraiser reserves the right to alter this appraisal and/or the final opinion of market value which may in turn render the subject property ineligible for FNMA financing.

This appraiser is making the extraordinary assumption that :

Improvement and improvement dates provided by the homeowner are true and correct. If the improvements and/or dates are found to be incorrect, this appraiser reserves her right to alter this appraisal report and/or her opinion of market value.
The appraiser assumes that the borrower, if any, is aware that:

1.) this appraisal does not serve as a warranty on the condition of the subject property;

2.) it is the responsibility of the borrower to examine the property carefully and to take all necessary precautions prior to entering into any legally binding agreement;

3.) any estimate of repairs are a non-warranted opinion of the appraiser and are provided for the convenience of the client of the appraiser;

4.) the client of the appraiser is the party or parties who engage an appraiser (by employment or contract) in a specific assignment. The client may be an individual, group or entity.

### CERTIFICATION:

I certify that to the best of my knowledge:

1.) the statements of fact contained in this report are true and correct;

2.) the report includes my personal, unbiased professional analysis, opinions and conclusions limited by the reported assumptions and limiting conditions;

3.) I have no present or prospective interest in the property that is the subject of this report and I have no personal interset or bias with respect to the parties involved;

4.) my compensation is not contingent on an action or event resulting from the analysis, opinion and/or conclusions in the report;

5.) my analysis, opinions and conclusions were developed and this report has been prepared in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP);

6.) I have made a personal exterior inspection of the property that is the subject of this appraisal report.

### CERTIFICATION SUPPLEMENT:
The appraiser have met all of the requirements of a Licensed Residential Appraiser in the State of Arizona.

### INTENDED USE/INTENDED USER/IDENTIFICATION OF CLIENT:

The intended use of this appraisal is for bankruptcy purposes only. The intended user is Joseph W. Charles, P.C. and/or Assigns of whom is referenced on page 1as well as throughout the appraisal report. Use of this report by others is not authorized or intended by the appraiser. The appraiser assumes no obligation, liability or accountability to any third party including the borrower, if any.

Any breach of this confidentially would be a violation of the **GRAMM-LEACH-BLILEY ACT.**

### ADDITIONAL COMMENTS:
This is consistent with the requirements for a Complete Appraisal in Summary form as established by the Uniform Standards

## Supplemental Addendum

File No. FARMER-8733

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 8733 W Tuckey Ln | | | | | |
| City | GLENDALE | County | MARICOPA | State | AZ | Zip Code 85305-2023 |
| Lender | Joseph W. Charles, P.C. and/or Assigns | | | | | |

of Professional Appraisal Practice.

An appraisal of the subject property has been performed. This is not to be construed as a "Home Inspection". The appraiser is not a home inspector and does not warrant the condition of the subject property and its improvements, nor its mechanical, electrical, plumbing or structural elements.

The term "inspected" in this report shall be deem to be "observed" and shall not carry any additional meanings.

### DIGITAL SIGNATURE:

A digital signature has been applied to this report by the author. I certify that this is a true and original Signature. This and all reports that are issued via electronic data exchange are released in a "locked" or "read only" mode. As such, the Author is the sole individual who can amend or change this report. Any questions regarding this digital signature should be directed to Boss Appraisal and Consultants **602-561-4054**.

### FINAL RECONCILIATION

At Times, comparables are used that appear to have sold at a below market price; however, due to the lack of primary data available to the appraiser, the Terms and motivation of the sellers may not be noted in the report.

The basis for the selection of comparables used in this analysis, as well as the market value arrived at in the final reconciliation of this report, are according to the principals defined in market value.

The indicated value by direct comparison is a final estimate which best reflects the actions of informed buyers and sellers, in the local market, given a reasonable marketing time with no undue stimulus and typically motivated buyers and sellers.

### CONDITIONS OF APPRAISAL:

The subject property is appraised **"AS IS"** with no conditions or repairs required The date of the value and inspection of the subject property is noted on page 2 as well as the the signature page of the appraisal report. The data collecting and analysis of information included within the appraisal report was assimilated and adjusted for with the final preparation and estimate of value applied on the date indicated below the appraisers signature.

This is a **APPRAISAL SUMMARY REPORT** which is intended to comply with the reporting requirements set fourth under Standard Rule 2-2(B) if the Uniform Standards of Professional Appraisal Practice for a Summary Appraisal Report. As such, it presents only summary discussions of data, reasoning and analysis that were used in the appraisal process to developed the appraiser's opinion of Market Value. Reporting documentation concerning data, reasoning and analysis are retained in the appraiser's file. The depth of discussion contained in this report is specific to the needs of the client and to the intended use of This report.

### ELECTRONIC MAPPING:

The comparable sales map used in this report is computer generated & estimated image, Locations may not be exact as some roads & addresses may not be listed. Market locations are within a reasonable proximity to the actual property and should be considered estimates only. Additionally, the proximity of comparable sales referenced in the sales comparison analysis are estimated and subject to the same margin of error.

• **Desktop Valuation Appraisal Summary Report : Neighborhood - Market Conditions**

The housing market within the subject's market area is experiencing a **decline** in market values. Special financing, loan discounts and interest buy downs, are not typical in this market. Sales concessions seen appear to relate to the condition of a specific property and the individual sellers motivation to sell (ie: relocation, estate sale, foreclosure) Typical marketing time within the subject's defined neighborhood is 0-3 months based on current market data obtained from the armls.

The subject's market area has experienced a decline in market values over the last 12 months. The decline in market value appears to relate to the subprime meltdown , current strict financing restrictions, a oversupply in available real estate and a shortage of qualified buyers.

Market data obtained from the local mls, utilizing reasonably comparable sales, the subject's neighborhood and the median sales price over the last year indicate a 8.7% decline in market values. Current low market listings are indicative of declining

# Location Map

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 8733 W Tuckey Ln | | | | |
| City | GLENDALE | County | MARICOPA | State AZ | Zip Code 85305-2023 |
| Lender | Joseph W. Charles, P.C. and/or Assigns | | | | |



