FORM−ntrydflt

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                                                  Case No.: 2:09−bk−10681−GBN

TIMOTHY DALE FARMER and INGRID REBECCA   Chapter: 13
FARMER
*Debtor(s)*

---

TIMOTHY DALE FARMER                       Adversary No.: 2:09−ap−01385−GBN
et al.
*Plaintiff(s)*

*v.*

PHH Mortgage
et al.
*Defendant(s)*

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) have failed to plead or otherwise defend in this case as required by law.

PHH Mortgage; Edward J Maney

Therefore, default is entered against the above−named defendant(s) as authorized by **Federal Rule of Bankruptcy Procedure 7055**.

**Date: February 11, 2010**

**Address of the Bankruptcy Clerk's Office:**       Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                **Brian D. Karth**
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: taylore           Page 1 of 1              Date Rcvd: Feb 11, 2010
Case: 09-01385                Form ID: ntrydflt       Total Noticed: 4

The following entities were noticed by first class mail on Feb 13, 2010.
dft          +Edward J. Maney,   Edward J. Maney, Trustee,   P.O. Box 10434,   Phoenix, AZ 85064-0434
pla          +INGRID REBECCA FARMER,   8733 W. TUCKEY LANE,   GLENDALE, AZ 85305-2023
dft          +PHH Mortgage,   4001 Ledenhall Road,   Attn: Mail Stop SV-01,   Mount Laurel, NJ 08054-4611
pla          +TIMOTHY DALE FARMER,   8733 W. TUCKEY LANE,   GLENDALE, AZ 85305-2023

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2010**          Signature:   _Joseph Speetjens_