IT IS HEREBY ADJUDGED
and DECREED this is
DENIED as MOOT.

Dated: February 18, 2010



_____

**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

_____

1  **JOSEPH W. CHARLES, P.C.**

2  **5704 West Palmaire Avenue**
   **Post Office Box 1737**

3  **Glendale, Arizona  85311**
   **Telephone:  (623) 939-6546**

4  **Fax:  (623) 939-6718**
   **Email:  attyjcharles@joecharles.com**

5

6  JOSEPH W. CHARLES
   State Bar No. 003038

7  Attorney for Debtors/Plaintiffs

8

   **IN THE UNITED STATES BANKRUPTCY COURT**

9
   **FOR THE DISTRICT OF ARIZONA**

10

11

12  IN RE:                                      Chapter 13 Proceedings

13  TIMOTHY DALE FARMER and                     Adversary No. 2:09-ap-01385-GBN
    INGRID REBECCA FARMER,

14                                              Case No. 2:09-bk-10681-GBN

                    Debtors.
15  _____

16  TIMOTHY DALE FARMER and                     **ORDER GRANTING PLAINTIFFS**
    INGRID REBECCA FARMER,                      **APPLICATION FOR DEFAULT**

17                                              **JUDGMENT ON PLAINTIFFS**
                    Plaintiffs,                 **COMPLAINT**

18  vs.

19                                              RE:  Real Property Located at
    PHH MORTGAGE,                               8733 W. Tuckey Lane

20                                              Glendale, Arizona  85305
                    Defendant.
21

22

23      THIS MATTER comes before the Court on the Complaint to determine the

24  validity, priority or extent of a lien or other interest in property filed by the Plaintiffs,

25  TIMOTHY DALE FARMER and INGRID REBECCA FARMER, against the

26

27  Defendant, PHH MORTGAGE, and the Court finding that the Defendant was

28

1

1  served, but failed to respond to the Summons and Complaint in a timely manner,

2  and the Court being otherwise sufficiently advised;

3        IT IS HEREBY ORDERED that the Defendant, PHH MORTGAGE, is

4  declared to be in default and that the Plaintiffs are entitled to a default judgment

5  against the Defendant.

6        DATED this _____ day of _____, 2010.

7

8

9

10                         _____
                        Honorable George B. Nielsen, Jr.

11                         United States Bankruptcy Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2