> IT IS HEREBY ADJUDGED and DECREED this is DENIED as MOOT.
>
> Dated: February 18, 2010
>
> _____
> GEORGE B. NIELSEN, JR
> U.S. Bankruptcy Judge



JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona  85311-1737
Telephone:  (623) 939-6546
Fax:  (623) 939-6718
Email:  attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors/Plaintiffs

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 13 Proceedings |
| TIMOTHY DALE FARMER and INGRID REBECCA FARMER, | Adversary No. 2:09-ap-01385-GBN |
| Debtors. | Case No. 2:09-bk-10681-GBN |
| TIMOTHY DALE FARMER and INGRID REBECCA FARMER, | **JUDGMENT** |
| Plaintiffs, vs. | RE:  Real Property Located at 8733 W. Tuckey Lane Glendale, Arizona  85305 |
| PHH MORTGAGE, | |
| Defendant. | |

THE COURT having reviewed the Court file, and being duly advised in the premises,

IT IS ORDERED THAT Judgment be granted in favor of the Debtors/Plaintiffs.

1

IT IS FURTHER ORDERED THAT Defendant's lien on real property located at 8733 W. Tuckey Lane, Glendale, Arizona, 85305, and legally described as follows:

> Lot Three Hundred Eighty-eight (388), Amended Plat of West Plaza 31 and 32, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 317 of Maps, Page 13, and Affidavit of Correction recorded at Recorder's No. 88-247176, records of Maricopa County, Arizona.

be stripped and rendered void subject to the provisions herein;

IT IS FURTHER ORDERED THAT Defendant's account #0052196680 is a general unsecured, non-priority lien;

IT IS FURTHER ORDERED THAT upon discharge of Debtors/Plaintiffs Chapter 13 proceeding, Defendant shall provide a release of lien on the real property to the Debtors within thirty (30) days of the date of the order granting discharge;

IT IS FURTHER ORDERED THAT Defendant file notice with the appropriate County Records Office of the release of said lien;

IT IS FURTHER ORDERED THAT the entire claim of Defendant shall be treated as a general unsecured claim and shall share in any unsecured proceeds;

IT IS FURTHER ORDERED THAT Defendant's lien shall remain in place until Debtors/Plaintiffs complete the Chapter 13 Plan and are granted a discharge;

IT IS FURTHER ORDERED THAT Defendant's lien shall remain in place and Defendant's debt shall remain secured should the subject property be sold or should a refinance take place prior to Plan completion and entry of Discharge;

IT IS FURTHER ORDERED THAT Defendant's lien shall remain in place and Defendant's debt shall remain secured should Debtors case be dismissed or converted to another Chapter; and

IT IS FURTHER ORDERED THAT each of the parties will bear their own costs and expenses associated with this action.

DATED this _____ day of _____, 2010.

_____
Honorable George B. Nielsen, Jr.
United States Bankruptcy Court Judge